## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SHERWYN'S HEALTH FOOD SHOP, INC. | ) | CASE NO. 06-13617 |
| | ) | |
| | ) | JUDGE  PAMELA S. HOLLIS |
| Debtor(s) | ) | |

## TRUSTEE'S FINAL REPORT

To:  ·THE HONORABLE
BANKRUPTCY JUDGE PAMELA S. HOLLIS

NOW COMES NORMAN NEWMAN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.     On October 23, 2006, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  Norman B. Newman was subsequently appointed as the Chapter 7 trustee ("Trustee").  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee has not found it advisable to oppose the Debtor(s) discharge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is 0.00.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of November 14, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | 56,071.55 |
| b. | DISBURSEMENTS (See Exhibit C) | 34,941.75 |
| c. | NET CASH available for distribution | 21,129.80 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |

| | | | |
|---|---|---|---|
| | 1. | Trustee compensation requested (See Exhibit E) | 6,053.58 |
| | 2. | Trustee Expenses (See Exhibit E) | 0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | 21,604.70 |
| e. | | Illinois Income Tax for Estate (See Exhibit G) | .00 |

5. The Bar Date for filing unsecured claims expired on March 9, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid Secured Claims | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 Claims | 27,658.28 |
| c. | Allowed Chapter 11 Administrative Claims | 0.00 |
| d. | Allowed Priority Claims | 0.00 |
| e. | Allowed Unsecured Claims | 245,566.46 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and expenses previously awarded to Trustee's counsel, accountant or other professional was $34,906.67. Professional's compensation and expense requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is 27,658.28.

9. A fee of $0.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329. Chapter 11 professionals' fees and expenses were allowed and/or paid pursuant to Court order(s) as follows:

| Applicant | Nature of Expense | Amount Allowed |
|---|---|---|
| | | |

10. A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C.

§§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated:   1/23/2009                         By:   /s/ Norman B. Newman
                                                 NORMAN NEWMAN, Trustee
                                                 MUCH SHELIST
                                                 191 N. WACKER DRIVE
                                                 SUITE 1800
                                                 CHICAGO, IL  60606-1615

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs.  The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1.      The Trustee prepared semi-annual reports to the United States Trustee's Office.

2.      The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.  The Trustee and his attorney were required to expend significant time negotiating occupancy arrangements with the Debtor's landlord.

3.      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation.  The following assets which the Trustee sold consisted of Personal Property listed on Schedule B; inventory and stock owned by Sherwyn's Health Food Shop, Inc.

4.      The Trustee attended to tax issues concerning the estate.  The Debtor's financial records were incomplete and tax returns were not current.  The Trustee's accountants were required to expend significant time in gathering information to prepare tax returns.

5.      The Trustee reviewed the claims registered for possible objectionable claims filed in this case.

6.      Unfortunately, due to the amount of professional time required to be expended in this case, as more fully explained in paragraphs 2 and 4 above, there are no funds available to pay claims of general unsecured creditors.

**EXHIBIT A**

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Sherwyn's Health Food Shop, Inc.
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: **\*\*\*\*\***

Invoice Date: **11/13/2008**

Matter Number: **0005882.0009**
06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

## FEES THROUGH NOVEMBER 13, 2008

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 10/24/06 | NBN | Review petition and schedules filed to date (.30); telephone call with F. Ingram regarding nature of business and assets to liquidate (.40); telephone call with attorney for landlord regarding possession issues (.20). | 0.90 |
| 10/26/06 | NBN | Telephone call with lessor's attorney and Debtor's attorney regarding access to premises (.30); review creditor information and asset information (.60). | 0.90 |
| 10/30/06 | NBN | Telephone conferences with F. Ingram, G. Cotovsky and C. Matsakis regarding meeting on October 31, at the premises. | 0.80 |
| 11/02/06 | NBN | Review Schedule B information and inventory listing (.90); telephone call with F. Ingram regarding same (.20). | 1.10 |
| 11/09/06 | NBN | Telephone call with representative of Water Cooler lessor regarding picking up equipment (.20); review equipment lease (.20). | 0.40 |
| 11/13/06 | NBN | Telephone call with F. Ingram regarding section 341 meeting on 11/16 and filing remaining schedules and SOFA. | 0.20 |
| 11/16/06 | NBN | Telephone call with C. Matsakis regarding removal of property from business premises (.20); conduct section 341 meeting (.50). | 0.70 |
| 11/27/06 | NBN | Review tax returns from 2000 thru 2004 (.30); review information as to Frontier National Product receivable (.20). | 0.50 |
| 12/01/06 | NBN | Review letter from C. Matsakis and telephone conference with and letter to rep of Adpress regarding sale of private label vitamins. | 0.40 |
| 12/07/06 | NBN | Prepare initial asset report. | 0.20 |
| 12/08/06 | NBN | Review claim filing date notice. | 0.20 |
| 12/13/06 | NBN | Review executed agreement with Chicago Liquidators. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Sherwyn's Health Food Shop, Inc.
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

**Invoice Number: \*\*\*\*\***

**Invoice Date: 11/13/2008**

Matter Number: **0005882.0009**
06 - Trustee Matters

**Billing Attorney: Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/15/06 | NBN | Review claim bar date notice. | 0.20 |
| 12/28/06 | NBN | Telephone call with G. Cotovsky regarding shares in Natural Way and creditors contacting bank account (.20); preliminary review of claims filed (.40). | 0.60 |
| 12/29/06 | NBN | Review results of sale (.40); review additional claims filed (.30). | 0.70 |
| 01/04/07 | NBN | Review additional claims filed. | 0.30 |
| 01/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 01/18/07 | NBN | Review information from C. Matsakis regarding status of sale and review website listings. | 0.80 |
| 01/24/07 | NBN | Review current results of sale. | 0.50 |
| 02/05/07 | NBN | Review letter from C. Matsakis regarding status of sale. | 0.20 |
| 02/06/07 | NBN | Correspondences with C. Matsakis regarding status of sale. | 0.20 |
| 02/07/07 | NBN | Review latest sale update from C. Matsakis. | 0.30 |
| 02/19/07 | NBN | Correspondences with C. Matsakis regarding sale update and remitting sale proceeds. | 0.30 |
| 02/20/07 | NXS | Reconcile bank statements. | 0.30 |
| 03/07/07 | NBN | Review letter from C Matsakis regarding preparing sale status report and review items for sale on website. | 0.50 |
| 03/14/07 | NBN | Review claims register. | 0.40 |
| 03/19/07 | NXS | Reconcile bank statements. | 0.20 |
| 04/06/07 | NBN | Review updated sale report from C. Matsakis. | 0.40 |
| 04/10/07 | NBN | Meet with B. Hackney regarding The Natural Way matter. | 0.20 |
| 04/10/07 | NXS | Reconcile bank statements. | 0.20 |
| 05/07/07 | NBN | Review correspondences from C. Matsakis regarding status of sale. | 0.20 |

# **M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Sherwyn's Health Food Shop, Inc.
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **11/13/2008**

Matter Number: **0005882.0009**
06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 05/08/07 | NBN | Telephone conference with representative of Tree of Life confirming claim filed (.20); review claims register (.40); review latest sale information from C. Matsakis (.30). | 0.90 |
| 05/08/07 | NXS | Reconcile bank statements. | 0.20 |
| 05/31/07 | NBN | Review order approving sale of the Nature's Way Stock. | 0.20 |
| 06/07/07 | NBN | Telephone conference with C. Cohen and S. Glover regarding employment to prepare tax returns. | 0.30 |
| 06/18/07 | NXS | Reconcile bank statements. | 0.20 |
| 06/21/07 | NBN | Telephone conference with rep. of AT&T regarding prospects for a dividend. | 0.20 |
| 07/12/07 | NBN | Review sales report from C. Matsakis. | 0.30 |
| 07/23/07 | NBN | Telephone conference with G. Cotovsky and S. Glover regarding information needed for tax returns (.30); review correspondences from C. Matsakis regarding documents in his possession (.20). | 0.50 |
| 07/24/07 | NBN | Review correspondences from S. Glover regarding financial information for tax returns. | 0.20 |
| 07/30/07 | NBN | Review latest sale report from C. Matsakis (.40); Telephone conference with S. Glover regarding status of information for tax returns (.30). | 0.80 |
| 08/16/07 | NBN | Discussions with C. Cohen regarding information needed for tax returns. | 0.30 |
| 12/20/07 | NBN | Review sale proceeds and detail of expenses from auction sale. | 0.30 |
| 01/17/08 | NBN | Review compensation order for Chicago Liquidators (.20); review schedules regarding liquidators assets (.40). | 0.60 |
| 01/18/08 | NBN | Letter to C. Matsakis regarding payment of compensation. | 0.20 |
| 02/04/08 | NBN | Correspondence with S. Glover re: information for 2006 tax return (.2); review statement of financial affairs income references (.2); review tax returns (.9). | 1.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Sherwyn's Health Food Shop, Inc.
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/13/2008**

Matter Number: **0005882.0009**
06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 02/06/08 | NBN | Review distributions from Frontier Products co-op (.2); review recap of auction sale results (.9). | 1.10 |
| 02/07/08 | NBN | Continue review of claims register and telephone conference with S. Glover re: tax returns. | 1.20 |
| 02/12/08 | NBN | Review claims register for possible objections. | 1.30 |
| 02/19/08 | NBN | Review tax claims and returns for possible objections (.80): review disposition of stock and inventory (.50). | 1.30 |
| 02/19/08 | NXS | Reconcile bank statements. | 0.10 |
| 02/21/08 | NBN | Telephone conference with S. Glover regarding prior accountant preparing tax returns (.20); discussion with F. Ingram regarding same (.20). | 0.40 |
| 03/25/08 | NBN | Review accountant engagement letter fOR tax returns (.20); review claims (.30). | 0.50 |
| 04/10/08 | NXS | Reconcile bank statements. | 0.20 |
| 05/02/08 | NBN | Review statement of services from Miller Cooper. | 0.30 |
| 05/19/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/09/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/10/08 | NBN | Review recap of sale of assets (.30); correspondences with S. Glover regarding revenue generated (.20). | 0.50 |
| 06/12/08 | NBN | Letter to S. Glover enclosing checks for awarded fees and expenses (.20); review Chicago Auction Services sale re-cap (.30). | 0.50 |
| 07/15/08 | NBN | Discussion with C. Matsakis regarding return of leased computer and cash register systems (.20); finalize review of claim register (.40). | 0.60 |
| 09/04/08 | NBN | Correspondences with S. Glover regarding 2007 returns and 2008 information needed. | 0.30 |
| 09/24/08 | NBN | Telephone conference with C. Matsakis regarding abandoning books and records. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Sherwyn's Health Food Shop, Inc.
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/13/2008**

Matter Number: **0005882.0009**
06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 09/25/08 | NBN | Correspondences and telephone call with S. Glover regarding final tax return (.30); correspondences with C. Matsakis regarding description of records in storage (.20). | 0.50 |
| 09/29/08 | NBN | Review information from C. Matsakis regarding nature of records in storage. | 0.50 |
| 10/07/08 | NBN | Review claims register regarding closing case. | 0.30 |
| 10/21/08 | NBN | Discussion with C. Matsakis regarding motion to abandon books and records. | 0.30 |
| 10/31/08 | NBN | Discussion with C. McManus regarding abandonment order (.2) review letter from IRS regarding 7/31/07 return accepted as filed (.2) | 0.40 |
| 11/07/08 | NBN | Discussion with C. Matsakis regarding destroying books and records (.20); review accountants statement for fee application (.30). | 0.50 |
| | | **Total Hours** | **31.10** |

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

TOTAL RECEIPTS                                           $           56,071.55

TOTAL SCHEDULED VALUE OF PROPERTY     $                  0.00
ABANDONED

TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY     $                  0.00

**EXHIBIT B**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-13617 0001
**Case Name:** SHERWYN'S HEALTH FOOD SHOP, INC.

**Period Ending:** 11/20/08

**Trustee:** (330560)    NORMAN NEWMAN
**Filed (f) or Converted (c):** 10/23/06 (f)
**$341(a) Meeting Date:** 11/16/06
**Claims Bar Date:** 03/09/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 173.00 | 173.00 | | 0.00 | |
| 2 | ACCOUNTS RECEIVABLE (Natural Way) | 6,000.00 | 6,000.00 | | 20,484.08 | |
| 3 | ACCOUNTS RECEIVABLE (Frontier) | 11,457.00 | 11,457.00 | | 8,748.77 | |
| 4 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 238,770.00 | 238,770.00 | | 11,553.90 | |
| 5 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 800.00 | 800.00 | | 0.00 | |
| 6 | INVENTORY | 80,938.64 | 80,938.64 | | 11,553.90 | |
| 7 | OTHER ACCOUNT RECEIVABLES (u) | Unknown | Unknown | | 2.08 | |
| 8 | LITIGATION SETTLEMENT (u) | 3,522.80 | 3,522.80 | | 3,522.80 | |
| Int | INTEREST (u) | Unknown | N/A | | 206.02 | Unknown |
| 9 | **Assets    Totals  (Excluding unknown values)** | **$341,661.44** | **$341,661.44** | | **$56,071.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

Finalized internet auction sale of personal property. Employed accountant to prepare tax returns. Commenced review of proofs of claim.

**Initial Projected Date Of Final Report (TFR):**  April 30, 2008          **Current Projected Date Of Final Report (TFR):**  July 31, 2008

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

**EXHIBIT C**

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-13617 0001 |
| Case Name: | SHERWYN'S HEALTH FOOD SHOP, INC. |

| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****52-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| Taxpayer ID #: | 36-2774662 |
| Period Ending: | 11/20/08 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/06 | {3} | Frontier Natural Products Co. | Account Receivable | 1121-000 | 100.00 | | 100.00 |
| 12/06/06 | {7} | Universal Marketing Services, Inc. | Account Receivable | 1221-000 | 2.08 | | 102.08 |
| 12/06/06 | {3} | Frontier Natural Products | Account Receivable | 1121-000 | 100.00 | | 202.08 |
| 12/27/06 | {3} | Frontier Natural Products | Account Receivable | 1121-000 | 5,091.02 | | 5,293.10 |
| 12/27/06 | {3} | Frontier Natural Products | Account Receivable | 1121-000 | 3,359.27 | | 8,652.37 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.19 | | 8,652.56 |
| 01/10/07 | {8} | Antitrust Litigation Settlement Fund | Settlement Funds | 1249-000 | 3,522.80 | | 12,175.36 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.89 | | 12,182.25 |
| 02/06/07 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/01/2007 FOR CASE<br>#06-13617, Bond #016026455 | 2300-000 | | 10.15 | 12,172.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.06 | | 12,178.16 |
| 03/28/07 | {3} | Frontier Natural Products | Interest posting at 0.6500% | 1121-000 | 98.48 | | 12,276.64 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.50 | | 12,283.14 |
| 03/30/07 | | Chase Bank | Federal Interest Withheld | 2990-000 | | 1.82 | 12,281.32 |
| 04/05/07 | | Chase Bank | Federal Interest Withheld | 2990-000 | | -1.82 | 12,283.14 |
| 04/26/07 | {2} | The Natural Way, Inc. | Sale of stock in Natural Way. | 1121-000 | 20,484.08 | | 32,767.22 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.10 | | 32,774.32 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.08 | | 32,792.40 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.92 | | 32,809.32 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.68 | | 32,828.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.11 | | 32,846.11 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.37 | | 32,862.48 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.30 | | 32,881.78 |
| 11/08/07 | 1002 | Much Shelist, et.al. | Interim Fees for 10/25/06 through 9/5/07 | 3110-000 | | 16,470.00 | 16,411.78 |
| 11/08/07 | 1003 | Much Shelist, et.al. | Interim Expenses for 10/25/06 through | 3120-000 | | 488.50 | 15,923.28 |
| | | | **Subtotals :** | | **$32,891.93** | **$16,470.00** | |

{} Asset reference(s)

**$16,968.65**

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-13617 0001 |
|---|---|
| Case Name: | SHERWYN'S HEALTH FOOD SHOP, INC. |

| Taxpayer ID #: | 36-2774662 |
|---|---|
| Period Ending: | 11/20/08 |

| Trustee: | NORMAN NEWMAN (330560) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****52-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | 09/05/07 | | | | |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.90 | | 15,935.18 |
| 12/21/07 | (4) | Chicago Liquidators Services, Inc. | Sale of Personal Property | | 23,107.80 | | 39,042.98 |
| | | | Sale of Personal Property   11,553.90 | 1129-000 | | | 39,042.98 |
| | (6) | | Sale of Personal Property   11,553.90 | 1129-000 | | | 39,042.98 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.39 | | 39,053.37 |
| 01/17/08 | 1004 | Chicago Liquidators | Interim Compensation to Liquidation Agent | 3991-000 | | 2,310.78 | 36,742.59 |
| 01/17/08 | 1005 | Chicago Liquidators | Interim Expenses to Liquidation Agent | 3992-000 | | 8,826.39 | 27,916.20 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 17.85 | | 27,934.05 |
| 02/14/08 | 1006 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13617<br>Voided on 02/14/08 | 2300-000 | | 24.88 | 27,909.17 |
| 02/14/08 | 1006 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13617<br>Voided: check issued on 02/14/08 | 2300-000 | | -24.88 | 27,934.05 |
| 02/14/08 | 1007 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13617 | 2300-000 | | 24.93 | 27,909.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.73 | | 27,914.85 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.18 | | 27,920.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.89 | | 27,923.92 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.49 | | 27,927.41 |
| | | | **Subtotals :** | | **$23,166.23** | **$11,162.10** | |

{} Asset reference(s)

Printed: 11/20/2008 03:06 PM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-13617 0001
**Case Name:** SHERWYN'S HEALTH FOOD SHOP, INC.

**Taxpayer ID #:** 36-2774662
**Period Ending:** 11/20/08

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****52-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/08 | 1008 | Miller Cooper & Co., Ltd. | Compensation for Accounting Services Relating to Invoice #66248 | 3410-000 | | 6,411.00 | 21,516.41 |
| 06/12/08 | 1009 | Miller Cooper & Co., Ltd. | Compensation for Accounting Services Relating to Invoice #66248 | 3420-000 | | 400.00 | 21,116.41 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.13 | | 21,119.54 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.68 | | 21,122.22 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 21,124.73 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.77 | | 21,127.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.30 | | 21,129.80 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 56,071.55 | 34,941.75 | **$21,129.80** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 56,071.55 | 34,941.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$56,071.55** | **$34,941.75** | |

{} Asset reference(s)

Printed: 11/20/2008 03:06 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-13617 0001
**Case Name:** SHERWYN'S HEALTH FOOD SHOP, INC.

**Taxpayer ID #:** 36-2774662
**Period Ending:** 11/20/08

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****52-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| | | TOTAL - ALL ACCOUNTS | | | Net Receipts | Net Disbursements | Account Balance |
|---|---|---|---|---|---|---|---|
| | | MMA # ***-*****52-65 | | | 56,071.55 | 34,941.75 | 21,129.80 |
| | | | | | $56,071.55 | $34,941.75 | $21,129.80 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SHERWYN'S HEALTH FOOD SHOP, INC. | ) | CASE NO. 06-13617 |
| | ) | |
| | ) | JUDGE  PAMELA S. HOLLIS |
| Debtor(s) | ) | |

### DISTRIBUTION REPORT

I, <u>NORMAN NEWMAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $            0.00 |
| Chapter 7 Administrative Expenses: | $       21,129.80 |
| Chapter 11 Administrative Expenses: | $            0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $            0.00 |
| Secured Tax Liens: | $            0.00 |
| Priority Tax Claims: | $            0.00 |
| Other Priority Claims (507(a)(9)): | $            0.00 |
| General Unsecured Claims: | $            0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $       21,129.80 |

**EXHIBIT D**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $27,658.28 | 76.40% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| A | Norman B. Newman, Trustee | 6,053.58 | 4,153.39 |
| B | Much Shelist, et.al. | 14,662.00 | 10,059.67 |
| C | Much Shelist, et.al. | 82.70 | 56.74 |
| D | Miller Cooper & Co., Ltd. | 6,060.00 | 6,060.00 |
| E | Miller Cooper & Co., Ltd. | 800.00 | 800.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

EXHIBIT D

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and | | $0.00 | 0.00% |

EXHIBIT D

penalties

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **12.** **TYPE OF CLAIMS** | | | |
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **13.** **TYPE OF CLAIMS** | | | |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $239,541.39 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | ComEd | 10,502.49 | 0.00 |
| 3 | KeHe Foods Distributors | 4,180.10 | 0.00 |
| 4 | Nutri Biotic | 145.55 | 0.00 |
| 5 | FFr Inc. | 551.88 | 0.00 |
| 6 | Country Life Natural Foods | 4,046.26 | 0.00 |
| 7 | Frankly Natural | 239.75 | 0.00 |
| 8 | A.G. Adjustments, Ltd. | 2,121.51 | 0.00 |

**EXHIBIT D**

| 9  | Aubrey Organics | 1,065.64 | 0.00 |
| 10 | Enzymatic Therapy | 1,271.30 | 0.00 |
| 11 | New Chapter | 837.73 | 0.00 |
| 12 | Main Coast Sea Vegetables | 332.40 | 0.00 |
| 13 | Jarrow Formulas | 2,078.57 | 0.00 |
| 14 | Flora, Inc. | 899.78 | 0.00 |
| 15 | Warren Laboratories, LP | 169.29 | 0.00 |
| 16 | Country Life Vitamins | 11,555.69 | 0.00 |
| 18 | Flexcin | 245.95 | 0.00 |
| 19 | Cedars's Mediterranean Foods | 908.05 | 0.00 |
| 20 | Smart Nutrition | 1,296.50 | 0.00 |
| 21 | Herbaltone | 159.68 | 0.00 |
| 22 | Lotus Light | 2,113.41 | 0.00 |
| 23 | First American Propeties, LLC | 45,215.46 | 0.00 |
| 24 | American Express Bank FSB | 1,753.99 | 0.00 |
| 25 | Adpress Inc. | 12,483.56 | 0.00 |
| 26 | Garden Foods Products | 504.29 | 0.00 |
| 27 | FMIC | 1,961.40 | 0.00 |
| 28 | Now Foods | 2,765.32 | 0.00 |
| 29 | Midpack Corp | 548.70 | 0.00 |
| 30 | Tree of Life | 108,592.85 | 0.00 |
| 32 | US Bancorp Manifest Funding Services | 20,994.29 | 0.00 |

**EXHIBIT D**

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $6,025.07 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 33 | J.R. Carlson | 6,025.07 | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

EXHIBIT D

| 18.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 17 | Enzymatic Therapy<br>825 Challenger Dr<br>PO Box 22310<br>Green Bay, WI  543052310 | $1,271.30 | Disallowed/<br>Duplicate |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   1/23/2009                                  /s/ Norman B. Newman
                                                    NORMAN NEWMAN, Trustee

**EXHIBIT D**

# Claims Proposed Distribution

## Case:  06-13617    SHERWYN'S HEALTH FOOD SHOP, INC.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:**  $21,129.80          **Total Proposed Payment:**  $21,129.80          **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| D | Miller Cooper & Co., Ltd. <br><3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 6,060.00 | 6,060.00 | 0.00 | 6,060.00 | 6,060.00 | 15,069.80 |
| E | Miller Cooper & Co., Ltd. <br><3420-00  Accountant for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 800.00 | 800.00 | 0.00 | 800.00 | 800.00 | 14,269.80 |
| A | Norman B. Newman, Trustee <br><2100-00  Trustee Compensation> | Admin Ch. 7 | 6,053.58 | 6,053.58 | 0.00 | 6,053.58 | 4,153.39 | 10,116.41 |
| B | Much Shelist, et.al. <br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 14,662.00 | 14,662.00 | 0.00 | 14,662.00 | 10,059.67 | 56.74 |
| C | Much Shelist, et.al. <br><3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 82.70 | 82.70 | 0.00 | 82.70 | 56.74 | 0.00 |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | **27,658.28** | **27,658.28** | **0.00** | **27,658.28** | **21,129.80** | |
| **Total for Case 06-13617 :** | | | **$27,658.28** | **$27,658.28** | **$0.00** | **$27,658.28** | **$21,129.80** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $27,658.28 | $27,658.28 | $0.00 | $21,129.80 | 76.395929% |