# EXHIBIT "A"

# Miller Cooper & Co., Ltd.

1751 Lake Cook Road
Suite 400
Deerfield, IL  60015-5286
847-205-5000
Fax - 847-205-1400

Sherwyn's Health Food Shop, Inc
Attn: Norman B. Newman
c/o Much Shelist Denenberg Ament &
Rubenstein PC
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606

Invoice No.69527  04713.0   308    Date 09/09/2008

Preparation of 2006 Federal and Illinois income tax returns
for the period ended July 31, 2007:

| Task | Employee | Hours | Amount |
| --- | --- | --- | --- |
| Preparation and review of trial balance. | Doree | 9.00 | 1,305.00 |
|  | Peterson | 3.50 | 445.00 |
| Prepare income tax return | Doree | 4.50 | 653.00 |
| Review income tax return | Glover | 3.50 | 1,398.00 |
| Assemble income tax return | Williams | 0.25 | 30.00 |
| Computer service charge |  |  | 400.00 |
|  |  | Current Amount Due | $ 4,231.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
| --- | --- | --- | --- | --- | --- |
| 4,231.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,231.00 |

# Miller Cooper & Co., Ltd.

*1751 Lake Cook Road*
*Suite 400*
*Deerfield, IL  60015-5286*
*847-205-5000*
*Fax - 847-205-1400*

*Sherwyn's Health Food Shop, Inc*
*Attn: Norman B. Newman*
*c/o Much Shelist Denenberg Ament &*
*Rubenstein PC*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606*

*Invoice No.70768   04713.0   308    Date10/31/2008*

---

Services rendered per attached detail.

                                                       Current Amount Due    $    2,629.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,629.00 | 4,231.00 | 0.00 | 0.00 | 0.00 | 6,860.00 |

Sherwyn's Health Food Shop, Inc.
Detail to Miller Cooper & Co. Invoice

Preparation of Federal and Illinois income tax returns for the period ended July 31, 2008

| TASK | **Employee** | **Hours** | **Rates** | **Amount** |
|---|---|---|---|---|
| Prepare trial balance and income tax returns | Brenner | 4.00 | 153 | 612 |
| Supervise and review trial balance and income tax returns | Glover | 3.58 | 412 | 1,475 |
| Assemble income tax returns | Ferguson | 1.00 | 142 | 142 |
| Computer service charge | | | | 400 |
| Total | | 8.58 | | 2,629 |