UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| SHERWYN'S HEALTH FOOD SHOP, INC., | ) | CASE NO. 06 B 13617 |
| | ) | |
| DEBTOR. | ) | JUDGE PAMELA S. HOLLIS |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**  Norman B. Newman
Registrant's e-mail: **nnewman@muchshelist.com**

    **Please Take Notice** that on January 23, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

    Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                                  WILLIAM T. NEARY
                                                  UNITED STATES TRUSTEE

DATED:  January 23, 2009          BY:    /s/ Gretchen Silver
                                                            Gretchen Silver, Attorney
                                                            OFFICE OF THE U.S. TRUSTEE
                                                            219 SOUTH DEARBORN STREET
                                                            SUITE 873
                                                            CHICAGO, ILLINOIS  60604
                                                           (312) 353-5054

**CERTIFICATE OF SERVICE**

    I, Gretchen Silver, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on January 23, 2009.

                                                                     /s/ Gretchen Silver