**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SHERWYN'S HEALTH FOOD SHOP, INC. | ) | CASE NO. 06-13617 |
| | ) | |
| | ) | JUDGE  PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>          219 S. Dearborn Street
>          Courtroom 644
>          Chicago, IL 60604
>
>   on:   **March 3, 2009**
>   at:   **10:30 a.m**.

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                              $           56,071.55

   b. Disbursements                                   $           34,941.75

   c. Net Cash Available for Distribution     $           21,129.80

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,153.39 | $ |
| Trustee's Firm Legal | $ 0.00 | $ 14,662.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 82.70 |
| Trustee's Accountant | $ 0.00 | $ 6,060.00 | $ |
| Trustee's Accountant | $ 0.00 | $ | $ 800.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $239,541.39, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **January 27, 2009**   For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# LIST OF CREDITORS FOR SHERWYN HEALTH FOOD SHOP, INC.

William T. Neary
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Forrest Ingram
Forrest Ingram, P.C.
79 W. Monroe Street
Suite 1210
Chicago, IL 60603

Sherwyn's Health Food Shop, Inc.
c/o Sherwyn Cotovsky
645 W. Diversy Parkway
Chicago, IL 60614

Ronald J. Kapustka
Kovitz Shrifin Nesbit
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Adpress Inc.
135 E. 54th Street
New York, NY 10022

ADT Security
P.O. Box 371967
Pittsburgh, PA 15250

AFM Messenger Service
7420 N. Western
Chicago, IL 60645

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

AOR
9-4101 19th Street, N.E.
Calgary AB
Canada, T2E6X8

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Aubrey Organics
4419 N. Manhatten
Tampa, FL 33614-7650

Barlean's
4936 Lake Terrell Road
Ferndale, WA 98248

Better Health Products
101 Washington Avenue, Suite 313
Monterey, IN 46960

Better Nutrition, LLC
300 N. Continental Boulevard
Suite 650
El Segundo, CA 90245

Bruno's Bakery
3341 S. Lituanica Street
Chicago, IL 60608

Cedar's Mediterranean Foods
50 Foundation Avenue
P.O. Box 8277
Ward Hill, MA 01835

City of Chicago
Building Department
2240 W. Ogden Avenue, 2nd Floor
Chicago, IL 60612-4420

ComEd
Bill Payment Center
Chicago, IL 60668-001

Continental Vitamines
4510 S. Boyle Avenue
Los Angeles, CA 90058-2488

Costello's Optimum Nutrition
3979 Paysphere Circle
Chicago, IL 60674

Country Life Natural Foods
P.O. Box 489
Pullman, MI 49450

Country Life Vitamins
P.O. Box 27293
New York, NY 10087-7293

Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines, IL 60018

Crandall Design
4021 N. Sacramento Avenue
Chicago, IL 60618

Cybros
417 Barney Street
P.O. Box 851
Waukesha, WI 53186

Del Valle Pecans
P.O. Box 104
Mesilla Park, NM 88047

Diaz Rock and Pet Supply, Inc.
23907 W. Industrial Drive, N
Plainfield, IL 60544-8570

Divine Natural Inc.
1363 Murdock Road, N.E.
Marietta, GA 30062

Enzymatic Therapy
825 Challenger Drive
P.O. Box 22310
Green Bay. WI 54305

Enzymedica, Inc.
752 Tamia Mi Trial
Port Charlotte, FL 33953

Evan Healy
116 Hudson Drive
Toronto, Ontario M4T2K5

FFr Inc.
28900 Fountain Parkway
Solon, OH 44139-4337

Flexcin
4085 Hancock Bridge Parkway
Suite 111
North Fort Meyers, FL 33903

Flora, Inc.
P.O. Box 73
Lynden, WA 98264

Frankenmuth Mairemont Insurance, Inc.
5725 Dragon Way, Suite 200
Cincinnati, OH 45227

Frankly Natural
7740 Formula Place
San Diego, CA 92121

Garden Foods Product
P.O. Box 2247
Oak Park, IL 60302

Gero Nova Research
126 Frustruck Avenue
Fairfax, CA 94930

GoGo Organics
1103 W. Grand Avenue
Chicago, IL 60622

Grigsby & Kociak Financial Group
2021 Midwest Road, Suite 200
Oak Brook, IL 60523

Hallmark Systems
P.O. Box 467
354 Page Street
Stoughton, MA 02072

Heels, Inc.
P.O. Box 25143
Alburqurque, NM 87125-5143

Herb Pharm
P.O. Box 116
20260 Williams' Highway
Williams, OR 97544

Herbalist and Alchemist
51 S. Wandlin Avenue
Washington, NJ 07882

Herbaltone
George W. Johnson Co.
P.O. Box 591
Pacific Plsds, CA 90272

Intensive Nutrition Products
1972 Republic Avenue
San Leandro, CA 94577

International Harvest, Inc.
P.O. Box 646
Old Chelsea Station
New York, NY 10113-0646

J.R. Carlson
15 College
Arlington Heights, IL 60004-1985

Jarrow Formulas
1824 S. Robertson Blvd.
Los Angeles, CA 90035-4317

Jay Robb
6339 Paseo Del Lago
Carlsbad, CA 92011

Jonz Quality Food District
190 Ambrogio Street
Gurnee, IL 60031

KeHe Foods Distributors
900 N. Schmidt Road
Romeoville, IL 60441-4057

Kroeger Herb Products
805 Walnut Street
Boulder, CO 80302

Lifetime Nutritional Specialists
1967 N. Glassell Street
Orange, CA 92865

Lifeway Foods, Inc.
6431 W. Oakton Street
Morton Grove, IL 60053

Lotus Light
P.O. Box 1008
Silver Lake, WI 53170

Luyties
a/k/a Walker Labs
P.O. Box 8080
Richford, VT 05476

Main Coast Sea Vegetables
3 George Pond Road
Franklin, ME 04634

Midpack Corp.
5514 N. Kedzie
Chicago, IL 60625-3924

Muto Fu Shop
1735 W. Greenleaf Avenue
Chicago, IL 60626

Naked Juice
12518 Collection Center Drive
Chicago, IL 60693

NaNa's
4901 Morena Boulevard
Suite 403
San Diego, CA 92117

Natural Import Co., Inc.
9 Reed Street, Suite A
Asheville, NC 28803

Natural Organics
P.O. Box 8951
Melville, NY 11747-8941

Natural Way
P.O. Box 149
Palos Park, IL 60464

Nature's Way Products
1375 N. Mountain Springs Parkway
P.O. Box 4000
Springville, UT 84663

Natures First Law
11653 Riverside Drive, Suite 149
Lakeside, CA 92040

New Chapter
P.O. Box 6055
Brattleboro, VT 05302

New Hope Communications
Dept. 932
Denver, CO 80291

Newmark Media, Ltd.
272 W. Fullerton Avenue
Addison, IL 60101

Now Foods
12734 Collection Center
Chicago, IL 60693

Nutraceutical Corp.
P.O. Box 12850
Ogden, UT 84412-2850

Nutri Biotic
P.O. Box 238
Lakeport, CA 95453

Odwalla, Inc.
P.O. Box 600000
San Francisco, CA 94160

One Source Magazine
401 E. 124th Street
Thornton, CO 80241

Pharm-Aloe
P.O. Box 25
Woodford, WI 53599

Rob Roy Commercial JV
c/o First American Properties
3436 N. Kennicott, Suite 100
Arlington Heights, IL 60004

Smart Nutrition
1765 Garnett, Suite 66
San Diego, CA 92109

Solgar Vitamin and Herb
500 Willow Tree Road
Leonia, NJ 07605

Suother Herb
3101 Latham Drive
Madison, WI 53713-4613

St. Josephs Hospital
135 S. LaSalle Street
Chicago, IL 60674

Super Natural Distributors, Inc.
W299 N. 1680 Westwood, Drive
Waukesha, WI 53186-1152

Taste for Life
86 Elm Street
Peterborough, CT 06458

Threshold Enterprises
23 Janis Way
Scotts Valley, CA 95066

Tree of Life
Dept. AT 40091
Atlanta, GA 31192

Unifirst
2374 Estes Avenue
Elk Grove Village, IL 60007

United Natural Foods
P.O. Box 706
Kenne, NH 03431

UPS
Lock Box 577
Carol Stream, IL 60132

Verizon Directories
P.O. Box 612727
Dallas, TX 75261-2727

Warren Laboratories, LP
1656 I-25 South
Abbott, TX 76621

XDX
3176 N. Kenicott Avenue
Arlington Heights, IL 60004