**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SHERWYN'S HEALTH FOOD SHOP, INC. | ) | CASE NO. 06-13617 |
| | ) | |
| | ) | JUDGE  PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 S. Dearborn Street
          Courtroom 644
          Chicago, IL 60604

    on:   **March 3, 2009**
    at:   **10:30 a.m**.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $            56,071.55

    b. Disbursements                           $            34,941.75

    c. Net Cash Available for Distribution     $            21,129.80

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,153.39 | $ |
| Trustee's Firm Legal | $ 0.00 | $ 14,662.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 82.70 |
| Trustee's Accountant | $ 0.00 | $ 6,060.00 | $ |
| Trustee's Accountant | $ 0.00 | $ | $ 800.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $239,541.39, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **January 27, 2009**   For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# LIST OF CREDITORS FOR SHERWYN HEALTH FOOD SHOP, INC.

William T. Neary
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Forrest Ingram
Forrest Ingram, P.C.
79 W. Monroe Street
Suite 1210
Chicago, IL 60603

Sherwyn's Health Food Shop, Inc.
c/o Sherwyn Cotovsky
645 W. Diversy Parkway
Chicago, IL 60614

Ronald J. Kapustka
Kovitz Shrifin Nesbit
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Adpress Inc.
135 E. 54th Street
New York, NY 10022

ADT Security
P.O. Box 371967
Pittsburgh, PA 15250

AFM Messenger Service
7420 N. Western
Chicago, IL 60645

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

AOR
9-4101 19th Street, N.E.
Calgary AB
Canada, T2E6X8

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Aubrey Organics
4419 N. Manhatten
Tampa, FL 33614-7650

Barlean's
4936 Lake Terrell Road
Ferndale, WA 98248

Better Health Products
101 Washington Avenue, Suite 313
Monterey, IN 46960

Better Nutrition, LLC
300 N. Continental Boulevard
Suite 650
El Segundo, CA 90245

Bruno's Bakery
3341 S. Lituanica Street
Chicago, IL 60608

Cedar's Mediterranean Foods
50 Foundation Avenue
P.O. Box 8277
Ward Hill, MA 01835

City of Chicago
Building Department
2240 W. Ogden Avenue, 2nd Floor
Chicago, IL 60612-4420

ComEd
Bill Payment Center
Chicago, IL 60668-001

Continental Vitamines
4510 S. Boyle Avenue
Los Angeles, CA 90058-2488

Costello's Optimum Nutrition
3979 Paysphere Circle
Chicago, IL 60674

Country Life Natural Foods
P.O. Box 489
Pullman, MI 49450

Country Life Vitamins
P.O. Box 27293
New York, NY 10087-7293

Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines, IL 60018

Crandall Design
4021 N. Sacramento Avenue
Chicago, IL 60618

Cybros
417 Barney Street
P.O. Box 851
Waukesha, WI 53186

Del Valle Pecans
P.O. Box 104
Mesilla Park, NM 88047

Diaz Rock and Pet Supply, Inc.
23907 W. Industrial Drive, N
Plainfield, IL 60544-8570

Divine Natural Inc.
1363 Murdock Road, N.E.
Marietta, GA 30062

Enzymatic Therapy
825 Challenger Drive
P.O. Box 22310
Green Bay. WI 54305

Enzymedica, Inc.
752 Tamia Mi Trial
Port Charlotte, FL 33953

Evan Healy
116 Hudson Drive
Toronto, Ontario M4T2K5

FFr Inc.
28900 Fountain Parkway
Solon, OH 44139-4337

Flexcin
4085 Hancock Bridge Parkway
Suite 111
North Fort Meyers, FL 33903

Flora, Inc.
P.O. Box 73
Lynden, WA 98264

Frankenmuth Mairemont Insurance, Inc.
5725 Dragon Way, Suite 200
Cincinnati, OH 45227

Frankly Natural
7740 Formula Place
San Diego, CA 92121

Garden Foods Product
P.O. Box 2247
Oak Park, IL 60302

Gero Nova Research
126 Frustruck Avenue
Fairfax, CA 94930

GoGo Organics
1103 W. Grand Avenue
Chicago, IL 60622

Grigsby & Kociak Financial Group
2021 Midwest Road, Suite 200
Oak Brook, IL 60523

Hallmark Systems
P.O. Box 467
354 Page Street
Stoughton, MA 02072

Heels, Inc.  
P.O. Box 25143  
Alburqurque, NM 87125-5143  

Herb Pharm  
P.O. Box 116  
20260 Williams' Highway  
Williams, OR 97544  

Herbalist and Alchemist  
51 S. Wandlin Avenue  
Washington, NJ 07882  

Herbaltone  
George W. Johnson Co.  
P.O. Box 591  
Pacific Plsds, CA 90272  

Intensive Nutrition Products  
1972 Republic Avenue  
San Leandro, CA 94577  

International Harvest, Inc.  
P.O. Box 646  
Old Chelsea Station  
New York, NY 10113-0646  

J.R. Carlson  
15 College  
Arlington Heights, IL 60004-1985  

Jarrow Formulas  
1824 S. Robertson Blvd.  
Los Angeles, CA 90035-4317  

Jay Robb  
6339 Paseo Del Lago  
Carlsbad, CA 92011  

Jonz Quality Food District  
190 Ambrogio Street  
Gurnee, IL 60031  

KeHe Foods Distributors  
900 N. Schmidt Road  
Romeoville, IL 60441-4057  

Kroeger Herb Products  
805 Walnut Street  
Boulder, CO 80302  

Lifetime Nutritional Specialists  
1967 N. Glassell Street  
Orange, CA 92865  

Lifeway Foods, Inc.  
6431 W. Oakton Street  
Morton Grove, IL 60053  

Lotus Light  
P.O. Box 1008  
Silver Lake, WI 53170  

Luyties  
a/k/a Walker Labs  
P.O. Box 8080  
Richford, VT 05476  

Main Coast Sea Vegetables  
3 George Pond Road  
Franklin, ME 04634  

Midpack Corp.  
5514 N. Kedzie  
Chicago, IL 60625-3924  

Muto Fu Shop  
1735 W. Greenleaf Avenue  
Chicago, IL 60626  

Naked Juice  
12518 Collection Center Drive  
Chicago, IL 60693  

NaNa's  
4901 Morena Boulevard  
Suite 403  
San Diego, CA 92117  

Natural Import Co., Inc.  
9 Reed Street, Suite A  
Asheville, NC 28803

Natural Organics
P.O. Box 8951
Melville, NY 11747-8941

Natural Way
P.O. Box 149
Palos Park, IL 60464

Nature's Way Products
1375 N. Mountain Springs Parkway
P.O. Box 4000
Springville, UT 84663

Natures First Law
11653 Riverside Drive, Suite 149
Lakeside, CA 92040

New Chapter
P.O. Box 6055
Brattleboro, VT 05302

New Hope Communications
Dept. 932
Denver, CO 80291

Newmark Media, Ltd.
272 W. Fullerton Avenue
Addison, IL 60101

Now Foods
12734 Collection Center
Chicago, IL 60693

Nutraceutical Corp.
P.O. Box 12850
Ogden, UT 84412-2850

Nutri Biotic
P.O. Box 238
Lakeport, CA 95453

Odwalla, Inc.
P.O. Box 600000
San Francisco, CA 94160

One Source Magazine
401 E. 124th Street
Thornton, CO 80241

Pharm-Aloe
P.O. Box 25
Woodford, WI 53599

Rob Roy Commercial JV
c/o First American Properties
3436 N. Kennicott, Suite 100
Arlington Heights, IL 60004

Smart Nutrition
1765 Garnett, Suite 66
San Diego, CA 92109

Solgar Vitamin and Herb
500 Willow Tree Road
Leonia, NJ 07605

Suother Herb
3101 Latham Drive
Madison, WI 53713-4613

St. Josephs Hospital
135 S. LaSalle Street
Chicago, IL 60674

Super Natural Distributors, Inc.
W299 N. 1680 Westwood, Drive
Waukesha, WI 53186-1152

Taste for Life
86 Elm Street
Peterborough, CT 06458

Threshold Enterprises
23 Janis Way
Scotts Valley, CA 95066

Tree of Life
Dept. AT 40091
Atlanta, GA 31192

Unifirst
2374 Estes Avenue
Elk Grove Village, IL 60007

United Natural Foods
P.O. Box 706
Kenne, NH 03431

UPS
Lock Box 577
Carol Stream, IL 60132

Verizon Directories
P.O. Box 612727
Dallas, TX 75261-2727

Warren Laboratories, LP
1656 I-25 South
Abbott, TX 76621

XDX
3176 N. Kenicott Avenue
Arlington Heights, IL 60004

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 3                   Date Rcvd: Jan 27, 2009
Case: 06-13617                 Form ID: pdf002              Total Served: 111


The following entities were served by first class mail on Jan 29, 2009.
db          +Sherwyn's Health Food Shop, Inc,   645 W Diversy Parkwy,    Chicago, IL 60614-1510
aty         +Colleen E McManus,   Much Shelist,    191 N. Wacker Drive,    Suite 1800,   Chicago, IL 60606-1631
aty         +Forrest L Ingram,   Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 1210,
              Chicago, IL 60603-4936
aty         +William S Hackney, III,    SmithAmundsen, LLC,    150 North Michigan Avenue,    Suite 3300,
              Chicago, IL 60601-6004
tr          +Norman B Newman,   Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1631
10975967    +A.G. Adjustments, Ltd.,    1600 Old Country Rd.,    P.O. Box 9109 Ste. 100,
              Plainview, NY 11803-9009
10975969     ADT Security,   P.O. Box 371967,    Pittsburgh, PA 15250-7967
10975970    +AFM Messenger Serv.,    7420 N. Western,    Chicago, IL 60645-1707
10975973     AOR,   9-4101 19th St. N.E.,    Calgary AB,   Canada, T2E6X8
10975975     AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
10975968    +Adpress Inc.,   135 E. 54th Str,    New York, NY 10022-4508
10975972     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
11188615     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
10975974    +Aramark Uniform Service,    4200 S. Halsted,   Sutie 604,    Chicago, IL 60609-2635
10975976    +Aubrey Organics,    4419 N. Manhattan,    Tampa, FL 33614-7688
10975977    +Barlean's,   4936 Lake Terrell Rd.,    Ferndale, WA 98248-9014
10975979    +Better Nutrition, LLC,    300 N. Continental Blvd,    Suite 650,   El Segundo, CA 90245-5067
10975980     Brinks, Inc.,   1583 Momentum Pl.,    Chicago, IL 60689-5315
10975981    +Bruno's Bakery,    3341 S. Lituanica St,    2240 W. Ogden, 2nd Floor,    Chicago, IL 60612-4220
10975982    +Cedars's Mediterranean Foods,    50 Foundation Ave.,    P.O. Box 8277,    Ward Hill, MA 01835-0777
10975983     City of Chicago,    Dept. Bldgs,    2240 W. Ogden, 2nd Floor,    Chicago, IL 60612-4220
10975984    +Collect Right Corp.,    23679 Calabasa Rd,   Suite 211,    Calabasas, CA 91302-1502
10975986    +Continental Vitamins,    4510 S. Boyle Ave,    Los Angeles, CA 90058-2418
10975987    +Costello's Optimum Nutrition,    3979 Paysphere Circle,    Chicago, IL 60674-0039
10975988    +Country Life Natural Foods,    P.O. Box 489,    Pullman, MI 49450-0489
10975989     Country Life Vitamins,    P.O. Box 27293,   New York, NY 10087-7293
10975990    +Cozzini Bros. Inc.,    350 Howard Ave.,    Des Plaines, IL 60018-1908
10975991    +Crandall Design,    4021 N. Sacramento Ave.,    Chicago, IL 60618-2617
10975992    +Cybros,   417 Barney Street,    P.O. Box 851,    Waukesha, WI 53187-0851
10975993    +Del Valle Pecans,    P.O. Box 104,    Mesilla Park, NM 88047-0104
10975994    +Diaz Rock and Pet Supply Inc.,    23907 W. Industrial Drive N.,    Plainfield, IL 60585-8570
10975995    +Divine Natural Inc.,    1363 Murdock Rd. N.E.,    Marietta, GA 30062-7601
10975996     Enzymatic Therapy,    825 Challenger Dr,    PO Box 22310,   Green Bay, WI 54305-2310
10975997     Enzymatic Therapy,    P.O. Box 1451,    Accounts Receivable,    Milwaukee, WI 53201-1451
10975998    +Enzymedica, Inc,    752 Tamia Mi Trail,    Port Charlotte, FL 33953-3066
10975999    +Enzymedica, Inc.,    752 Tamia Mi Trial,    Port Charlotte, FL 33953-3066
10976000     Evan Healy,   116 Hudson Drive,    Toronto, Ontario M4T2K5
10976001     Evan Healy,   13600 Danielson St.,    Poway, CA 92064
10976002    +FFr Inc.,   28900 Fountain Pkwy,    Solon, OH 44139-4383
10976005     FMIC,   One Mutual Ave.,   Acct# 1949009000,    Frankenmuth, MI 48787-0001
11185656    +First American Propeties, LLC,    c/o Kovitz Shifrin Nesbit,    750 W. Lake Cook Rd.,   Suite 350,
              Buffalo Grove, IL 60089-2088
10976003    +Flexcin,   4085 Hancock Bridge Pkwy. Sutie 111,    North Fort Myers, FL 33903-7219
10976004    +Flora, Inc.,   P.O. Box 73,    Lynden, WA 98264-0073
10976006    +Frankenmuth Mairemont Insurance Inc,    5725 Dragon Way #200,    Cincinnati, OH 45227-4517
10976007    +Frankly Natural,    7740 formula Pl,    San Diego, CA 92121-2419
10976008    +Garden Foods Products,    P.O. Box 2247,    Oak Park, IL 60303-2247
10976009    +Gero Nova Research,    126 Frustuck Ave.,    Fairfax, CA 94930-1962
10976010    +GoGo Organics,    1103 W. Grand Ave.,    Chicago, IL 60642-5862
10976011    +Grigsby & Kociak Financial Grp.,    2021 Midwest Rd. # 200,    Oak Brook, IL 60523-1370
10976012    +Halmark Systems,    P.O. Box 467,    354 Page Street,    Stoughton, MA 02072-1104
10976014    +Heels, Inc.,   P.O. Box 25143,    Albuquerque, NM 87125-0143
10976015    +Herb Pharm,    P.O. Box 116,   20260 William's Hwy.,    Williams, OR 97544-9738
10976016    +Herbalist and Alchemist,    51 S. Wandlin Av.,    Washington, NJ 07882-2192
10976017    +Herbaltone,   George W. Johnson Co.,    P.O. Box 11444,    Marina Del Rey, CA 90295-7444
11022489    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operations,
              P.O. Box 21126,    Philadelphia, Pa 19114)
11227166    +Illinois Dept. Of Revenue Bankruptcy Unit,    100 W. Randolph #7-400,    Chicago, Ill 60601-3218
10976018    +Intensive Nutrition Products,    1972 Republic Ave.,    San Leandro, CA 94577-4224
10976019     International Harvest, Inc.,    P.O. Box 646,    Old Chelsea Station,    New York, NY 10113-0646
10976020     J.R. Carlson,   15 College,    Arlington Heights, IL 60004-1985
10976021     Jarrow Formulas,    1824 S. Robertson Blvd,    Los Angeles, CA 90035-4317
10976022    +Jay Robb,   6339 Paseo Del Lago,    Carlsbad, CA 92011-1309
10976023     Jonz Quality Food Dist.,    190 Ambrogio St.,    Gurnee, IL 60031
10976024    +KeHe Foods Distributors,    900 N. Schmidt Rd.,    Romeoville, IL 60446-4056
10976025    +Kroeger Herb Products,    805 Walnut Street,    Boulder, CO 80302-5034
10976026    +Lifetime Nutritional Specialists,    1967 N. Glassell St.,    Orange, CA 92865-4320
10976027    +Lifeway Foods, Inc.,    6431 W. Oakton St.,    Morton Grove, IL 60053-2727
10976028    +Lotus Light,    P.O. Box 1008,    Silver Lake, WI 53170-1008
10976029    +Luyties,   AKA Walker Labs,    P.O. Box 8080,    Richford, VT 05476-8080
10976030     Macke Water Systems,    P.O. Box 545,    Wheeling, IL 60090-0545
10976031    +Main Coast Sea Vegetables,    3 George Pond Rd.,    Franklin, ME 04634-3320
10976032     Manifest Funding Services,    P.O. Box 790448,    Saint Louis, MO 63179-0448
10976033     Midpack Corp,   5514 N. Kedzie,    Chicago, IL 60625-3924
10976034    +Muto Fu Shop,    1735 W. Greenleaf Ave.,    Chicago, IL 60626-2411
10976035    +Muzak,   3318 Lakemont Blvd.,    Fort Mill, SC 29708-8309
10976037    +NaNa's,   4901 Morena Blvd.,    #403,   San Diego, CA 92117-7305
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 3          Date Rcvd: Jan 27, 2009
Case: 06-13617                Form ID: pdf002             Total Served: 111

10976036     +Naked Juice,    12518 Collection Center Dr.,    Chicago, IL 60693-0125
10976038     +Natural Import Co. Inc.,    9 Reed St.,   Suite A,    Asheville, NC 28803-2683
10976039     +Natural Organics,    P.O. Box 8951,   Melville, NY 11747-8951
10976040     +Natural Way,    P.O. Box 149,   Palos Park, IL 60464-0149
10976041     +Nature's Way Products,    1375 N. Mountain Springs Pkwy.,    P.O. Box 4000,
               Springville, UT 84663-9007
10976042     +Natures First Law,    1567 N. Cuyamaca St.,    El Cajon, CA 92020-1509
10976043     +New Chapter,    P.O Box 6055,   Brattleboro, VT 05302-6055
10976044      New Hope Communications,    Dept #932,    Denver, CO 80291-0932
10976045     +Newmark Media Ltd.,    272 West Fullerton Ave.,    Addison, IL 60101-3767
10976047     +Now Foods,    395 Glen Ellyn Rd.,   Bloomingdale, IL 60108-2176
10976046     +Now Foods,    12734 Collection Center,    Chicago, IL 60693-0127
10976048      Nutraceutical Corp,    P.O. Box 12850,    Ogden, UT 84412-2850
10976049     +Nutri Biotic,    P.O. Box 238,   Lakeport, CA 95453-0238
10976050     +Odwalla, Inc.,    P.O. Box 600000,   San Francisco, CA 94160-0001
10976051     +One Source Magazine,    401 E. 124th Str.,    Thornton, CO 80241-2402
10976052     +Pharm-Aloe,    P.O. Box 25,   Woodford, WI 53599-0025
10976053     +Pitney Bowes c/o Global Financial,    P.O. Box 856460,    Louisville, KY 40285-6460
10976055      RH Donnelly,    8519 Inovations Way,    Chicago, IL 60682-0085
10976054      Rauch-Millikan Int., Inc,    P.O. Box 8390,    Metairie, LA 70011-8390
10976057     +Rob Roy Commercial JV,    C/O First American Properties,    3436 No. Kennicott, Suite 100,
               Arlington Heights, IL 60004-7814
10976056     +Rob Roy Commercial JV,    C/O First American Properties,    3436 N. Kennicott, Suite 100,
               Arlington Heights, IL 60004-7814
10976059     +Smart Nutrition,    1765 Garnett #66,    San Diego, CA 92109-3351
10976060     +Solgar Vitamin and Herb,    500 Willow Tree Rd.,    Leonia, NJ 07605-2232
10976061      Souther Herb,    3101 Latham Dr.,   Madison, WI 53713-4613
10976062     +St. Josephs Hospital,    135 S. LaSalle St,    Chicago, IL 60674-0001
10976064      Super Natural Distributors, Inc.,    W299 N 1680 Westwood Dr.,    Waukesha, WI 53186-1152
10976066     +Threshold Enterprises,    23 Janis Way,    Scotts Valley, CA 95066-3546
10976067      Tree of Life,    Dept. AT 40091,   Atlanta, GA 31192-0091
10976071     +UPS,    Lock Box 577,   Carol Stream, IL 60132-0001
11233153     +US Bancorp Manifest Funding Services,    Attn Corporate Attorney,    1450 Channel Parkway,
               Marshall, MN 56258-4005
10976068     +Unifirst,    2374 Estes Av,   Elk Grove Village, IL 60007-5429
10976070     +United Natural Foods,    P.O. Box 706,   Keene, NH 03431-0706
10976072      Verizon Directories,    P.O. Box 612727,    Dallas, TX 75261-2727
10976073      Warren Laboratories, LP,    1656 I-35 South,    Abbott, TX 76621
10976074     +XDX,    3176 N. Kennicott Ave.,   Arlington Heights, IL 60004-1426

The following entities were served by electronic transmission on Jan 27, 2009.
10975985     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               2100 Swift Drive,    Attn Bankruptcy Section/Revenue Mgmt,    Oakbrook, IL 60523-1559
10976035     +E-mail/Text: bankruptcyadministrator@muzak.com                            Muzak,
               3318 Lakemont Blvd.,    Fort Mill, SC 29708-8309
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10975971      Alex Allen AKA Eternity Foods
10975978      Better Health Products,    101 Washington Ave,    Suite 313,   IN 47417
10976013      Having a Ball
10976058      Sherwyns Health Foods
10976063      Stable Foods
10976065      Taste for Life,    86 Elm St.,   Peterborough, CT 06458
10976069*    +UniFirst Corp,    2374 Estes Ave,   Elk Grove Village, IL 60007-5429
                                                                                       TOTALS: 6, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: amcc7              Page 3 of 3              Date Rcvd: Jan 27, 2009
Case: 06-13617               Form ID: pdf002          Total Served: 111

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                        **Signature:**    *Joseph Speetjens*