# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SHERWYN'S HEALTH FOOD SHOP, INC.   § Case No. 06-13617
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 25.00                    Assets Exempt: 0.00

Total Distribution to Claimants: 0.00      Claims Discharged
                                           Without Payment: 245,566.46

Total Expenses of Administration: 32,306.94

---

3) Total gross receipts of $ 56,076.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $56,076.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 38,830.53 | 38,830.53 | 32,306.94 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 246,837.76 | 245,566.46 | 0.00 |
| TOTAL DISBURSEMENTS | $0.00 | $274,496.04 | $273,224.74 | $21,134.69 |

4) This case was originally filed under Chapter 7 on October 23, 2006. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2009          By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE (Natural Way) | 1121-000 | 20,484.08 |
| ACCOUNTS RECEIVABLE (Frontier) | 1121-000 | 8,748.77 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 11,553.90 |
| INVENTORY | 1129-000 | 11,553.90 |
| OTHER ACCOUNT RECEIVABLES | 1221-000 | 2.08 |
| LITIGATION SETTLEMENT | 1249-000 | 3,522.80 |
| Interest Income | 1270-000 | 210.91 |
| **TOTAL GROSS RECEIPTS** | | **$56,076.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 6,053.58 | 6,053.58 | 4,154.93 |
| Much Shelist, et.al. | 3110-000 | N/A | 14,662.00 | 14,662.00 | 10,063.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 82.70 | 82.70 | 56.76 |
| Miller Cooper & Co., Ltd. | 3410-000 | N/A | 6,060.00 | 6,060.00 | 6,060.00 |
| Miller Cooper & Co., Ltd. | 3420-000 | N/A | 800.00 | 800.00 | 800.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 10.15 | 10.15 | 10.15 |
| Chase Bank | 2990-000 | N/A | 1.82 | 1.82 | 1.82 |
| Chase Bank | 2990-000 | N/A | -1.82 | -1.82 | -1.82 |
| Chicago Liquidators | 3991-000 | N/A | 2,310.78 | 2,310.78 | 2,310.78 |
| Chicago Liquidators | 3992-000 | N/A | 8,826.39 | 8,826.39 | 8,826.39 |
| International Sureties, Ltd. | 2300-000 | N/A | 24.93 | 24.93 | 24.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $38,830.53 | $38,830.53 | $32,306.94 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd | 7100-000 | unknown | 10,502.49 | 10,502.49 | 0.00 |
| KeHe Foods Distributors | 7100-000 | unknown | 4,180.10 | 4,180.10 | 0.00 |
| Nutri Biotic | 7100-000 | unknown | 145.55 | 145.55 | 0.00 |
| FFr Inc. | 7100-000 | unknown | 551.88 | 551.88 | 0.00 |
| Country Life Natural Foods | 7100-000 | unknown | 4,046.26 | 4,046.26 | 0.00 |
| Frankly Natural | 7100-000 | unknown | 239.75 | 239.75 | 0.00 |
| A.G. Adjustments, Ltd. | 7100-000 | unknown | 2,121.51 | 2,121.51 | 0.00 |
| Aubrey Organics | 7100-000 | unknown | 1,065.64 | 1,065.64 | 0.00 |
| Enzymatic Therapy | 7100-000 | unknown | 1,271.30 | 1,271.30 | 0.00 |
| New Chapter | 7100-000 | unknown | 837.73 | 837.73 | 0.00 |
| Main Coast Sea Vegetables | 7100-000 | unknown | 332.40 | 332.40 | 0.00 |
| Jarrow Formulas | 7100-000 | unknown | 2,078.57 | 2,078.57 | 0.00 |
| Flora, Inc. | 7100-000 | unknown | 899.78 | 899.78 | 0.00 |
| Warren Laboratories, LP | 7100-000 | unknown | 169.29 | 169.29 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Country Life Vitamins | 7100-000 | unknown | 11,555.69 | 11,555.69 | 0.00 |
| Enzymatic Therapy | 7100-000 | unknown | 1,271.30 | 0.00 | 0.00 |
| Flexcin | 7100-000 | unknown | 245.95 | 245.95 | 0.00 |
| Cedars's Mediterranean Foods | 7100-000 | unknown | 908.05 | 908.05 | 0.00 |
| Smart Nutrition | 7100-000 | unknown | 1,296.50 | 1,296.50 | 0.00 |
| Herbaltone | 7100-000 | unknown | 159.68 | 159.68 | 0.00 |
| Lotus Light | 7100-000 | unknown | 2,113.41 | 2,113.41 | 0.00 |
| First American Propeties, LLC | 7100-000 | unknown | 45,215.46 | 45,215.46 | 0.00 |
| American Express Bank FSB | 7100-000 | unknown | 1,753.99 | 1,753.99 | 0.00 |
| Adpress Inc. | 7100-000 | unknown | 12,483.56 | 12,483.56 | 0.00 |
| Garden Foods Products | 7100-000 | unknown | 504.29 | 504.29 | 0.00 |
| FMIC | 7100-000 | unknown | 1,961.40 | 1,961.40 | 0.00 |
| Now Foods | 7100-000 | unknown | 2,765.32 | 2,765.32 | 0.00 |
| Midpack Corp | 7100-000 | unknown | 548.70 | 548.70 | 0.00 |
| Tree of Life | 7100-000 | unknown | 108,592.85 | 108,592.85 | 0.00 |
| US Bancorp Manifest Funding Services | 7100-000 | unknown | 20,994.29 | 20,994.29 | 0.00 |
| J.R. Carlson | 7200-000 | unknown | 6,025.07 | 6,025.07 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $246,837.76 | $245,566.46 | $0.00 |

# Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-13617 0001
Case Name: SHERWYN'S HEALTH FOOD SHOP, INC.

Period Ending: 04/15/09

Trustee: (330560) NORMAN NEWMAN
Filed (f) or Converted (c): 10/23/06 (f)
§341(a) Meeting Date: 11/16/06
Claims Bar Date: 03/09/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 173.00 | 173.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE (Natural Way) | 6,000.00 | 6,000.00 | | 20,484.08 | FA |
| 3 | ACCOUNTS RECEIVABLE (Frontier) | 11,457.00 | 11,457.00 | | 8,748.77 | FA |
| 4 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 238,770.00 | 238,770.00 | | 11,553.90 | FA |
| 5 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 800.00 | 800.00 | | 0.00 | FA |
| 6 | INVENTORY | 80,938.64 | 80,938.64 | | 11,553.90 | FA |
| 7 | OTHER ACCOUNT RECEIVABLES (u) | Unknown | Unknown | | 2.08 | FA |
| 8 | LITIGATION SETTLEMENT (u) | 3,522.80 | 3,522.80 | | 3,522.80 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 210.91 | FA |
| 9 | Assets Totals (Excluding unknown values) | $341,661.44 | $341,661.44 | | $56,076.44 | $0.00 |

**Major Activities Affecting Case Closing:**

    Filed final report. Awaiting hearing to be scheduled.

**Initial Projected Date Of Final Report (TFR):** April 30, 2008     **Current Projected Date Of Final Report (TFR):** January 23, 2009 (Actual)

Printed: 04/15/2009 02:45 PM    V.11.12

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-13617 0001 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | SHERWYN'S HEALTH FOOD SHOP, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 36-2774662 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/06 | {3} | Frontier Natural Products Co. | Account Receivable | 1121-000 | 100.00 | | 100.00 |
| 12/06/06 | {7} | Universal Marketing Services, Inc. | Account Receivable | 1221-000 | 2.08 | | 102.08 |
| 12/06/06 | {3} | Frontier Natural Products | Account Receivable | 1121-000 | 100.00 | | 202.08 |
| 12/27/06 | {3} | Frontier Natural Products | Account Receivable | 1121-000 | 5,091.02 | | 5,293.10 |
| 12/27/06 | {3} | Frontier Natural Products | Account Receivable | 1121-000 | 3,359.27 | | 8,652.37 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.19 | | 8,652.56 |
| 01/10/07 | {8} | Antitrust Litigation Settlement Fund | Settlement Funds | 1249-000 | 3,522.80 | | 12,175.36 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.89 | | 12,182.25 |
| 02/06/07 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #06-13617, Bond #016026455 | 2300-000 | | 10.15 | 12,172.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.06 | | 12,178.16 |
| 03/28/07 | {3} | Frontier Natural Products | | 1121-000 | 98.48 | | 12,276.64 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.50 | | 12,283.14 |
| 03/30/07 | | Chase Bank | Federal Interest Withheld | 2990-000 | | 1.82 | 12,281.32 |
| 04/05/07 | | Chase Bank | Federal Interest Withheld | 2990-000 | | -1.82 | 12,283.14 |
| 04/26/07 | {2} | The Natural Way, Inc. | Sale of stock in Natural Way. | 1121-000 | 20,484.08 | | 32,767.22 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.10 | | 32,774.32 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.08 | | 32,792.40 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.92 | | 32,809.32 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.68 | | 32,828.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.11 | | 32,846.11 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.37 | | 32,862.48 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.30 | | 32,881.78 |
| 11/08/07 | 1002 | Much Shelist, et.al. | Interim Fees for 10/25/06 through 9/5/07 | 3110-000 | | 16,470.00 | 16,411.78 |
| 11/08/07 | 1003 | Much Shelist, et.al. | Interim Expenses for 10/25/06 through 09/05/07 | 3120-000 | | 488.50 | 15,923.28 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.90 | | 15,935.18 |
| 12/21/07 | | Chicago Liquidators Services, Inc. | Sale of Personal Property | | 23,107.80 | | 39,042.98 |
| | {4} | | Sale of Personal Property  11,553.90 | 1129-000 | | | 39,042.98 |
| | {6} | | Sale of Personal Property  11,553.90 | 1129-000 | | | 39,042.98 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.39 | | 39,053.37 |
| 01/17/08 | 1004 | Chicago Liquidators | Interim Compensation to Liquidation Agent | 3991-000 | | 2,310.78 | 36,742.59 |
| 01/17/08 | 1005 | Chicago Liquidators | Interim Expenses to Liquidation Agent | 3992-000 | | 8,826.39 | 27,916.20 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 17.85 | | 27,934.05 |
| 02/14/08 | 1006 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE | 2300-000 | | 24.88 | 27,909.17 |

Subtotals: $56,039.87 $28,130.70

{} Asset reference(s)

Printed: 04/15/2009 02:45 PM V.11.12

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-13617 0001 | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|
| Case Name: | SHERWYN'S HEALTH FOOD SHOP, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 36-2774662 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/15/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/14/08 | 1006 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13617 Voided on 02/14/08 | 2300-000 | | -24.88 | 27,934.05 |
| 02/14/08 | 1007 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13617 Voided: check issued on 02/14/08 | 2300-000 | | 24.93 | 27,909.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.73 | | 27,914.85 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.18 | | 27,920.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.89 | | 27,923.92 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.49 | | 27,927.41 |
| 06/12/08 | 1008 | Miller Cooper & Co., Ltd. | Compensation for Accounting Services Relating to Invoice #66248 | 3410-000 | | 6,411.00 | 21,516.41 |
| 06/12/08 | 1009 | Miller Cooper & Co., Ltd. | Compensation for Accounting Services Relating to Invoice #66248 | 3420-000 | | 400.00 | 21,116.41 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.13 | | 21,119.54 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.68 | | 21,122.22 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 21,124.73 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.77 | | 21,127.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.30 | | 21,129.80 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.66 | | 21,131.46 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 21,132.95 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 21,133.81 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 21,134.61 |
| 03/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 21,134.69 |
| 03/03/09 | | To Account #********5266 | Account Transfer | 9999-000 | | 21,134.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 56,076.44 | 56,076.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,134.69 | |
| | | | Subtotal | | 56,076.44 | 34,941.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $56,076.44 | $34,941.75 | |

{} Asset reference(s)

Printed: 04/15/2009 02:45 PM V.11.12

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-13617 0001 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | SHERWYN'S HEALTH FOOD SHOP, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****52-66 - Checking Account |
| Taxpayer ID #: | 36-2774662 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/09 | | From Account #********5265 | Account Transfer | 9999-000 | 21,134.69 | | 21,134.69 |
| 03/03/09 | 101 | Miller Cooper & Co., Ltd. | Dividend paid 100.00% on $6,060.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,060.00 | 15,074.69 |
| 03/03/09 | 102 | Miller Cooper & Co., Ltd. | Dividend paid 100.00% on $800.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 800.00 | 14,274.69 |
| 03/03/09 | 103 | Norman B. Newman, Trustee | Dividend paid 68.63% on $6,053.58, Trustee Compensation; Reference: | 2100-000 | | 4,154.93 | 10,119.76 |
| 03/03/09 | 104 | Much Shelist, et.al. | Dividend paid 68.63% on $14,662.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,063.00 | 56.76 |
| 03/03/09 | 105 | Much Shelist, et.al. | Dividend paid 68.63% on $82.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 56.76 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 21,134.69 | 21,134.69 | $0.00 |
| Less: Bank Transfers | | 21,134.69 | 0.00 | |
| Subtotal | | 0.00 | 21,134.69 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $21,134.69 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****52-65 | 56,076.44 | 34,941.75 | 0.00 |
| Checking # ***-*****52-66 | 0.00 | 21,134.69 | 0.00 |
| | $56,076.44 | $56,076.44 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2009 02:45 PM   V.11.12